# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-9039-MCS (JEM) | Date | Nov. 18, 2020 |
| Title | Donald Blacksher v. Marcus Pollard | | |

| | |
|---|---|
| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 7, 2020, the Court issued an Order Directing Petitioner to File Amended Petition, in which Petitioner was ordered to file a First Amended Petition ("FAP") no later than November 9, 2020.

To date, Petitioner has failed to file a FAP or otherwise communicate with the Court regarding his failure to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Petitioner's failure to file a FAP. Petitioner shall file a written response to this Order to Show Cause no later than **December 2, 2020**. Cause may be shown if Petitioner files a FAP by this deadline.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

| | : | |
|---|---|---|
| | Initials of Preparer | slo |