# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BLACKSHER,<br><br>    Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>    Respondent. | Case No. CV 20-9039-MCS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: June 2, 2021

                                        MARK C. SCARSI
                                UNITED STATES DISTRICT JUDGE