JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BLACKSHER, | )     Case No. CV 20-9039-MCS (JEM) |
|         Petitioner, | ) |
|         v. | )     **J U D G M E N T** |
| MARCUS POLLARD, Warden, | ) |
|         Respondent. | ) |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 2, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE